IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:95cr202-MHT |
| | ) | (WO) |
| CECIL RHODES | ) | |

### ORDER

Upon consideration of defendant Cecil Rhodes's petition for early termination of supervised release (doc. no. 1366), the government's lack of opposition to the petition (doc. no. 1373), and the probation department's recommendation that the petition be granted (doc. no. 1374), and based on the representations that Rhodes has complied with all terms of supervised release (including passing all drug screens and avoiding new arrests) for 28 months, and that Rhodes is 71 years old, retired, and in declining health, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Cecil Rhodes's term of supervised

release is terminated effective immediately, and he is discharged.

DONE, this the 16th day of May, 2017.

                                      /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**